**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2163

SUSAN SOLOMON,

Plaintiff - Appellant,

versus

ALBERTO R. GONZALES, Attorney General of the
United States,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:06-cv-00414-CMH)

Submitted:  February 22, 2007        Decided:  February 27, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Susan Solomon, Appellant Pro Se.  Kevin Jason Mikolashek, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Solomon appeals the district court's order granting summary judgment in favor of the Appellee on Solomon's hostile work environment, disparate treatment, and retaliatory discharge claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000).  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Solomon v. Gonzales</u>, No. 1:06-cv-00414-CMH (E.D. Va., Sept. 27, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>